DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID MALDONADO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1200

[September 28, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 07-14543CF10A.

David Maldonado, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***